# Exhibit B



**ReignFI**

**Reign Financial International, Inc.: 8 The Green, Suite R, Dover, Delaware 19901**

**Reference Code: PCV-RFI-20M-092022**

## JOINT VENTURE AGREEMENT

This Joint Venture Agreement (herein "Agreement") is made and entered into this date, September 28, 2022 by and between the parties described below:

### 1. PARTIES

1.1. **Prime Capital Ventures, LLC** (herein "VENTURER") has the availability and control of a cash deposit account which may be used for participation in a Structured Private Financial Trade/Investment Program, whereby Funds in the account will not go below the committed value of $20,000,000 (Twenty Million Dollars). Such cash funds must be cleared of encumbrances, and of non-criminal origin, earned through its businesses and/or investments and/or partnerships and must be able to be used for placement in investment structures for such purposes with the VENTURER moving their funds to an account in their name at the designated hedge fund, so RFI can enter trade, or as required by the banking institutions and/or the Investment Program manager, for the specific program being entered, and agreed to by the VENTURER.

1.2. REIGN FINANCIAL INTERNATIONAL, INC. (herein "RFI") is ready, willing, and able to facilitate and assist in the process of entering such funds into an investment structure or facilitate a private placement investment opportunity, upon compliance requirements being met, of the private or commercial banking and business resources being facilitated;

1.3. It is resolved that the under the authority of the Board of Directors of **Prime Capital Ventures, LLC,** under INVESTOR TRANSACTION COCE: **PCV-RFI-20M-092022**, who hereby authorizes: Reign Financial International, Inc. in which, authorized signatory, Giorgio Johnson who is CEO and holder of USA Passport Number **(530948922)** issued on **(02 Mar 2016)**; As our Transactional Managing Member - Joint Venture Partner under Joint Venture Agreement with Reference Code: **PCV-RFI-20M-092022**, who currently holds the office of Investment Director with assigned authority, on our behalf stay and name, to instruct, negotiate, arrange, monitor and manage any and all agreements and/or necessary contracts with third parties pertinent to all financial transactions with Investment Managers, Trade Platforms and/or bank instruments.

1.4. It is further resolved that **Reign Financial International, Inc.,** and/or Its Affiliate et. al., is hereby authorized to enter into Private Placement contracts, after VENTURER has funded their account at the hedge fund, under RFI'S name to facilitate and assist in the process of entering into an investment structure or facilitate a private placement investment opportunity, upon compliance requirements being met, of the private or commercial banking and business resources being facilitated to accomplish the objective(s) as stated herein and to give irrevocable instructions to said bank(s) on our behalf. This shall not authorize Reign Financial International, Inc., and/or Its Affiliate et. al. to invade, deplete or transfer any funds from our current bank/brokerage/hedge fund account or give our current bank/broker/hedge fund any instruction to take these actions.



**Reign Financial International, Inc.: 8 The Green, Suite R, Dover, Delaware 19901**

## 2. JOINT VENTURE

2.1. In consideration of the promises and the respective undertakings of the Parties, and for valuable consideration the receipt and sufficiency of which is hereby acknowledged, the Parties have decided to enter into this Agreement in order to set out the arrangements made by them as set out below.

2.2. There is hereby created by this Agreement the RFI-VENTURER Joint Venture (herein "JV"). The JV shall operate independently of either Party, and the Parties joint venture relationship shall not be interpreted as creating any partnership between the Parties. It is expressly understood between the Parties that neither Party has the ability to legally obligate the other Party, except as specifically set forth herein.

2.3. VENTURER's cash funds in the amount of <u>20,000,000</u> Dollars with Rolls and Extensions in deposit at:

<u>Citibank – 388 Greenwich St., New York, NY 10013 USA</u>
Name and Address of Bank where funds are being held

and the investment contract having been accepted and signed by the JV and the PRIVATE PLACEMENT PROGRAM REPRESENTATIVE, shall be quarantined for a period be determined by private placement program (such as bullet program / short term and/or long-term programs). If the *VENTURER* so chooses, then the asset amount described previously will be entered into a 40-week program with a determined weekly or monthly yield will be determined by the Private Placement Program. This shall to all Rolls and Extensions as well as the initial contracts with any Private Placement Program.

2.4. JV is aware that earnings from the private placement program may vary and that discussions with *VENTURER* with regards to such earnings are illustrative based on historical and/or general returns, as represented to *VENTURER* and RFI by the private placement program representative(s).

2.5. The Parties, each with full corporate and legal authority, hereby confirm that they are ready, willing and able to commence working together as joint venturers and will promptly perform any and all of their respective obligations so as to carry out the intent of this Agreement including but not limited to the continuation of only direct bank-to-bank communication by and between the respective designated bank officers of the private placement program / investment structure facilitated by RFI so as to commence the Business in a timely manner.

2.5.1. RFI confirms that it is not an agent in the international financial markets and is not registered in the lists established by the Federal Reserve Bank of the United States of America. This is a private joint venture agreement and as such shall not be interpreted as a securities transaction as interpreted or described in the United States Securities Act of 1934 as amended by the laws of any other country.



**Reign Financial International, Inc.: 8 The Green, Suite R, Dover, Delaware 19901**

2.6. The Parties shall cooperate for their mutual benefit and will be transparent with each, sharing all contents of communications related to such cash funds and the entering of the funds into a structure financial program.

2.7. The proceeds from the JV will be allocated as follows:

2.7.1. From the proceeds yielded from the program that remain after paying any fees that may be required by the trade desk Section, the Net Proceeds, of this Agreement, RFI shall receive Twenty percent (20%) of the net proceeds, and *VENTURER* shall receive Eighty percent (80%) of the net proceeds.

2.7.2. Payments made under Section 2.7 shall be made at the discretion of the identified paymaster described in Section 2.13 of this Agreement and based upon the terms of this Agreement.

2.8. *VENTURER* warrants that it is ready, willing, and able to procure the funding obligations to the JV, subject only to the cash funds being deposited to VENTURER'S account at the designated hedge fund, who at the maturity date, are to release the funds back to *VENTURER* free of any encumbrance, liens or other charges.

2.9. RFI is, from the original date of the signing of this Agreement, granted the authority to coordinate and process the private placement program / investment structure, in the broadest sense necessary to implement their obligations in accordance with this Agreement.

2.9.1. RFI shall provide to *VENTURER* a true and accurate description of the private placement trade program/investment structure that RFI has chosen to effectuate the purposes of the JV. RFI will use its best efforts to provide *VENTURER* with all relevant and pertinent information in a timely manner.

2.10. *VENTURER* and RFI declare that they are fully aware that the private placement program/investment structure to be offered is subject to the quarantine of the cash funds at *VENTURER's* banking institution, for the benefit of the entity implementing the private placement program, and their confirmation that the terms offered are within an acceptable range.

2.11. RFI will use its best efforts to ensure successful completion of each transaction for and on behalf of the JV. RFI will ensure that full and frank disclosure of all matters relating to each transaction, whether successful or otherwise, are provided to the JV and its members at all times. RFI shall not be liable to any party, in any way if the trade should be delayed or does not take place, since RFI does not receive any funds from VENTURER nor any other party unless the trade is successful.

2.12. *VENTURER*, RFI and the JV agree that any of the following may be required of *VENTURER*, RFI, and/or the JV so that any party may perform its duties per this agreement effectively, for everyone's mutual benefit.

2.12.1. Provide a current and/or updated bank statement, and any other bank confirmation letter (BCL) or bank RWA, or the likes, when required.

2.12.2. Provide a complete "Know Your Client" (KYC) as requested by the Program Manager

2.12.3. Facilitate bank to bank communication.


**ReignFI**

**Reign Financial International, Inc.: 8 The Green, Suite R, Dover, Delaware 19901**

2.12.4. Provide any other document required to complete the compliance process and/or the transaction.

2.13.    For purposes of this JV, unless otherwise agreed to in writing by the parties, the paymaster for this JV shall be:

Aaron Etra, Esq.
445 Park Avenue- 9thFloor
New York, NY 10022
aaron@etra.com

3.0.   This Joint Venture Agreement will only be effective upon receipt of all the Documentation required for submission to the Platform.

**By signing below these general conditions are accepted by both PARTIES:**

9/20/22

**Date**

9/20/2022

**Date**

**Prime Capital Ventures, LLC**

**VENTURER**

**Reign Financial International, Inc.**

By: Kris Roglieri

By: Giorgio Johnson

Owner   CEO

**Chief Executive Officer**

Its:

Its: