

20 Corporate Woods Blvd.
Albany, New York  12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

*Daniel S. L. Rubin*
*Partner*
dsr@girvinlaw.com

May 15, 2023

<u>Via CM/ECF</u>

Hon. Frederick J. Scullin, Jr., Senior U.S. District Judge
U.S. District Court for the Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
P.O. Box 7255
Syracuse, New York 13261

Hon. Daniel J. Stewart, U.S. Magistrate Judge
U.S. District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

      Re:    **Request for Court Conference /  Opposition to Extension**
              *Prime Capital Ventures, LLC v Reign Financial International, Inc., et al.*
              Case No.:1:23-cv-00207 (FJS/DJS)

Dear Judge Scullin and Magistrate Stewart:

      This firm represents Plaintiff Prime Capital Ventures, LLC ("Plaintiff") in the above referenced action.  I write in response to the correspondence (Dkt. 17) by Defendants Reign Financial International, Inc. ("Reign"), Gary Mills ("Mills"), and Martin Karo ("Karo") (referenced as "Represented Defendants" and collectively referenced, together with Defendant Giorgio Johnson [hereinafter "Johnson"], as "Defendants") in further support of that Reign, Mills, and Karo's request for an additional extension of time to respond to the Amended Complaint.

      As a preliminary matter, the documents intended to be attached to my letter of Friday, May 12 were inadvertently omitted.  They are attached hereto.

      The Represented Defendants letter of today's date argues, in essence, that Plaintiff's difficulties with locating and serving Johnson are not pertinent to their request for an extension of

time because some of the Defendants offered to waive service under FRCP 4(d) and Plaintiff declined the request. Some context is missing from Represented Defendants' assertion.

It is true that Reign's in-house counsel (Reign had not yet retained outside litigation counsel at the time) offered to waive service in exchange for a lengthy extension of time for Defendants to respond. Plaintiff – believing that Defendants were actively engaged in fraud and dissipation of the $20 million of Plaintiff's assets that are at issue in this lawsuit – declined because the requested extension of time was too long.

Thereafter, Defendants (via Reign's in-house counsel) requested a more reasonable extension of time until April 7 to respond to the Amended Complaint, which Plaintiff granted. The Represented Defendants then retained counsel, and Plaintiff asked if the Represented Defendants' counsel would waive/accept service for Johnson so that this action could proceed with all Defendants joined. However, counsel has declined to do so.

Given that counsel for the Represented Defendants is making representations to the Court about Johnson's anticipated defenses, it is obvious that counsel and/or the Represented Defendants have unprivileged and discoverable information about Johnson's whereabouts. That information is essential for Plaintiff to locate and serve Johnson. Perpetually delaying Defendants' time to respond to the Amended Complaint (and thus the start of discovery) until Johnson is served, under these circumstances, is patently unfair.

Accordingly, Plaintiff respectfully renews its request for a court conference.

Thank you for your time and attention to this matter.

Very truly yours,

**GIRVIN & FERLAZZO, P.C.**

By: _/s/ Daniel S. L. Rubin_

Daniel S. L. Rubin, Esq.

Cc:   (via CM/ECF)
      Adam R. Shaw, Esq.

Attachments to 5/12/2023 letter

**From:** juancarlosmarquez-gc@reignfi.com <juancarlosmarquez-gc@reignfi.com>
**Sent:** Monday, February 13, 2023 3:26:38 PM
**To:** Daniel S. Rubin <dsr@girvinlaw.com>
**Subject:** RE: Prime capital

Daniel,

Per our conversation, Reign has been working to unravel the transaction which was blocking the release of Prime Capital's funds. In the transaction, Reign had taken a margin on its account, and circumstances beyond Reign's control and knowledge resulted in the blockage. In that regard, Reign issued demand letters to force the return of all the capital involved in the transaction. Further, Reign warned that unless all the capital was released, Reign would initiate legal proceedings to recover the capital.

On Friday February 10, 2023, Mr. Johnson and one of our attorneys met with the parties who have release authority over the capital that could then facilitate the release of Prime Capital's funds. They spent all of Friday and part of Saturday discussing the release of the capital, as well as the timeline for the release. Based on their discussions, it is our understanding that the capital will be released on Tuesday, February 14, 2023.

The release of the capital on Tuesday should allow Berone Capital to arrange for the return of Prime Capital's funds. We do not have any control over the timeline for Berone to return the funds back to Prime Capital.

Should you have any further questions, please let me know.

Regards,

Juan Carlos A. Marquez
General Counsel



Reign Financial International Inc.
Your Partner for Diversified Client-Centric Solutions
Email: juancarlosmarquez-gc@reignfi.com
www.ReignFi.com
Mobile: 703.400.5911
WhatsApp: 703.400.5911

**NOTICE:** *This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may include trade secrets or privileged or otherwise confidential information. Federal and state law governing electronic communications apply. Any unauthorized review, use, forwarding, printing, copying, disclosure or distribution is strictly prohibited and may subject that individual to criminal or civil liability. Sender shall not be liable for the improper and/or incomplete transmission of the information contained in this communication or for any delay in its receipt. If you received this message in error, or have reason to believe you are not authorized to receive it, please promptly delete this message and notify the sender by e-mail.*

DISCLAIMER: RFI Personnel are NOT United States Securities Dealers or Brokers or U.S. Investment advisers. Personnel are Consultants and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This document is never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgment is not accepted, Recipient must return any and all documents in their original receipted condition to Sender. This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521, 2701-2710, 3121-3126, also Gramm-Leach-Bliley Act 15 USC, Subchapter1, Sec. 6801-6809.

**From:** Daniel S. Rubin <dsr@girvinlaw.com>
**Sent:** Sunday, February 12, 2023 3:33 PM
**To:** juancarlosmarquez-gc@reignfi.com
**Subject:** Prime capital

Juan,

Please give me a call back at your earliest convenience. I have a few follow up questions.

Thanks,

Daniel Rubin
Get Outlook for iOS

The information contained in this email message and attached file is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Girvin & Ferlazzo, P.C., immediately, (attorneys@girvinlaw.com) or (518 462 0300 ), to arrange for properly deleting the message from your system and returning the original message via the U.S. Postal Service. THANK YOU.

## AFFIDAVIT OF NON-SERVICE

| Case: 1:23-cv-00207-FJS-DJS | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK | County: | Job: 8409076 |
|---|---|---|---|
| Plaintiff / Petitioner: PRIME CAPITAL VENTURES, LLC | | Defendant / Respondent: REIGN FINANCIAL INTERNATIONAL, INC. | |
| Received by: Hart 2 Hart Investigations | | For: Girvin & Ferlazzo | |
| To be served upon: Giorgio Johnson | | | |

I, Matthew Figurate, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Giorgio Johnson, 14474 S Livesay Rd, Oregon City, OR 97045
**Manner of Service:** Unsuccessful Attempt
**Documents:** Civil Cover Sheet, Summons, Complaint (with Exhibits A-C)

**Additional Comments:**
1) Unsuccessful Attempt: Feb 21, 2023, 3:15 pm EST at 14474 S Livesay Rd, Oregon City, OR 97045
No one answered the door. Knocked a few times and waited, knocked again. I didn't hear any sounds or see any movement. I checked the mailbox because the flag was up and found that the mail belonged to someone other than the Servee.

I received a call from a woman asking what the documents are in regard to. I explained they are time-sensitive legal documents for a Giorgio Johnson. She stated that he doesn't live there but she is his aunt.

_Matthew Figurate_   2/22/23
Matthew Figurate     Date
DPSST #096021

Subscribed and sworn to before me by the affiant who is personally known to me.

_Dawn Faith Hartwell_
Notary Public

2/22/23            March 17, 2023
Date               Commission Expires

OFFICIAL STAMP
DAWN FAITH HARTWELL
NOTARY PUBLIC-OREGON
COMMISSION NO. 985303
MY COMMISSION EXPIRES MARCH 17, 2023

## AFFIDAVIT OF NON-SERVICE

| Case: 1:23-cv-00207-FJS-DJS | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK | County: | Job: 8540114 |
|---|---|---|---|
| Plaintiff / Petitioner: PRIME CAPITAL VENTURES, LLC | | Defendant / Respondent: REIGN FINANCIAL INTERNATIONAL, INC., GIORGIO JOHNSON, GARY MILLS AND MARTIN KARO | |
| Received by: A Plus Process Service | | For: Girvin & Ferlazzo | |
| To be served upon: GIORGIO JOHNSON | | | |

I, James Treacy, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** GIORGIO JOHNSON, 1330 SW 3rd Ave Apt. P12, Portland, OR 97201
**Manner of Service:** Non-Service
**Documents:** SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT (with Exhibits A-C)

**Additional Comments:**
1) Unsuccessful Attempt: Mar 15, 2023, 11:45 am PDT at 1330 SW 3rd Ave Apt. P12, Portland, OR 97201
This is a locked apartment building, but I was able to gain access to the first floor where I spoke to two maintenance men who were working on the mailboxes. I explained that I needed to get up to Apt. P12. One of the maintenance men stated that P12 was vacant. I asked if Giorgio was the resident that had moved out and the man stated that he didn't know who lived there but that it has been vacant for almost a month.

_____   3/16/2023
James Treacy                     Date

P.O. Box 16913
Portland, OR 97272
(503) 567-9996

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public

3/16/23         June 6, 2026
Date            Commission Expires

OFFICIAL STAMP
ELISHA M. TREACY
NOTARY PUBLIC - OREGON
COMMISSION NO. 1025028
MY COMMISSION EXPIRES JUNE 06, 2026