UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PRIME CAPITAL VENTURES, LLC,

                     Plaintiff,

    -against-

REIGN FINANCIAL INTERNATIONAL, INC.,
GIORGIO JOHNSON, GARY MILLS AND
MARTIN KARO,

                     Defendants.

**ACCEPTANCE OF SERVICE**

Civil Case No.:1:23-cv-00207
(FJS/DJS)

---

Undersigned counsel, having been retained as counsel for Defendant GIORGIO JOHNSON, does accept service of process of the March 10, 2023 Summons and March 9, 2023 Amended Complaint, on behalf of GIORGIO JOHNSON, and acknowledges receipt of said Summons and Amended Complaint as though the same had been timely and personally served upon GIORGIO JOHNSON by an individual authorized by law to serve process.

I understand that by this Acceptance of Service, GIORGIO JOHNSON waives any objections to the timeliness of adequacy of service.

I also understand that GIORGIO JOHNSON must file and serve an answer or motion responding to the Amended Complaint by June 12, 2023, pursuant to the Court's text order (Dkt. No. 22) of May 12, 2023.

DATED:    May 31, 2023
                  Albany, New York

BOIES SCHILLER FLEXNER, LLP

By: _____
Blake Goebel, Esq.
*Attorneys for Defendants Reign Financial International, Inc., Giorgio Johnson, Gary Mills, and Martin Karo*
1401 New York Avenue NW
Washington, DC 20005
(202) 895 5248
(m) +1 847 924 2740
bgoebel@bsfllp.com