UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME CAPITAL VENTURES, LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>REIGN FINANCIAL INTERNATIONAL, INC., GIORGIO JOHNSON, GARY MILLS AND MARTIN KARO<br><br>               Defendants. | Case No. 23-cv-207 (FJS/DJS) |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL TO DEFENDANTS

PLEASE TAKE NOTICE that upon the attached Declaration of Adam R. Shaw and the Memorandum of Law in Support of the Motion to Withdraw, Boies Schiller Flexner LLP and attorneys Adam R. Shaw, Blake Goebel and Cameron Miller will move this Court for an Order granting leave to withdraw as counsel for Defendants Reign Financial International, Inc., Giorgio Johnson, Gary Mills, and Martin Karo, together with such further relief as the Court deems just and proper.

                                                Respectfully Submitted,

Date: January 23, 2024           By: */s/ Adam R. Shaw*
                                              Adam R. Shaw
                                              BOIES SCHILLER FLEXNER LLP
                                              30 South Pearl Street, 11th Floor
                                              Albany, NY 12207
                                              Tel:  (518) 434-0600
                                              Fax:  (518) 434-0665
                                              ashaw@bsfllp.com

Blake C. Goebel (admitted *pro hac vice*)
Cameron C. Miller (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, D.C. 20005
Tel: (202) 237-2727
bgoebel@bsfllp.com
cmiller@bsfllp.com

*Counsel for Defendants Reign Financial International, Inc., Giorgio Johnson, Gary Mills, and Martin Karo*

TO:

**VIA ECF:**

Daniel S. L. Rubin, Esq.
Patrick J. Fitzgerald, Esq.
Bonnie R. Watson, Esq.
20 Corporate Woods Boulevard
Albany, New York 12211
dsr@girvinlaw.com
pjf@girvinlaw.com
brw@girvinlaw.com

**VIA FIRST CLASS MAIL AND EMAIL:**

Reign Financial International, Inc.
c/o Juan Carlos A. Marquez
Giorgio Johnson
Gary Mills
Martin Karo
8 The Green, Suite R
Dover, DE 19901
juancarlosmarquez-gc@reignfi.com
giorgio@reignfi.com
gmills@reignfi.com
martin.karo@verizon.net

## CERTIFICATE OF SERVICE

I, Adam R. Shaw, hereby certify that on the 23rd day of January, 2024, I served the foregoing documents on all counsel of record via ECF and on all Defendants via First Class Mail and email.

*/s/ Adam R. Shaw*
Adam R. Shaw

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME CAPITAL VENTURES, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>REIGN FINANCIAL INTERNATIONAL, INC., GIORGIO JOHNSON, GARY MILLS AND MARTIN KARO<br><br>                Defendants. | Case No. 23-cv-207 (FJS/DJS) |

## **DECLARATION OF ADAM R. SHAW**

I, Adam R. Shaw, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Boies Schiller Flexner LLP and I make this declaration based on my personal knowledge and in support of the motion to withdraw as counsel for Defendants.

2. On March 20, 2023, Defendants entered into a retainer agreement with Boies Schiller Flexner LLP (the "Firm") for representation in this matter (the "Engagement Letter"). The Engagement Letter provides that Defendants would pay the Firm its invoices in this matter.

3. The Firm and attorneys Adam R. Shaw, Blake Goebel and Cameron Miller all made appearances in this action on Defendants' behalf.

4. The Firm has not received any payment from Defendants for legal fees or expenses incurred in this matter since July 10, 2023. As of January 22, 2024, the Firm has incurred $69,521.21 in unpaid legal fees and expenses in this matter on Defendants' behalf. The Firm has sent invoices to Defendants in that amount.

5.	On several occasions in August, September, October and November 2023, my partner Blake Goebel sent emails and had phone conversations with Defendants to request payment and to advise Defendants that the failure to pay would lead the Firm to terminate the representation and to withdraw from representing Defendants in this action.

6.	Notwithstanding Defendants' failure to pay the Firm's fees and expenses when they became due, the Firm continued to represent Defendants through the completion of the filing and briefing of the motion to dismiss.  That motion is now fully submitted and is currently pending before the Court.

7.	No other activity has occurred in the case.  There has been no discovery, no scheduled conferences and no trial date set.

8.	Boies Schiller Flexner LLP is not asserting a retaining or charging lien, should the Firm's request to withdraw be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January _____, 2024	_____
	Adam R. Shaw