UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PRIME CAPITAL VENTURES, LLC,

        Plaintiff,

v.

REIGN FINANCIAL INTERNATIONAL, INC., GIORGIO JOHNSON, GARY MILLS AND MARTIN KARO

        Defendants.

Case No. 23-cv-207 (FJS/DJS)

---

## DECLARATION OF SERVICE

I, Alex Berman, declare under 28 U.S.C. Section 1746 as follows:

1. I am not a party to this action, I am over 18 years of age, and I am employed by the law firm of Boies Schiller Flexner LLP ("BSF").

2. On February 7, 2024 at approximately 3:40 PM, I served true copies of the Court's text Order dated February 7, 2024 (Dkt. No. 41) in the above-entitled matter on the Defendants:

Reign Financial International, Inc.
c/o Juan Carlos A. Marquez
8 The Green, Suite R
Dover, DE 19901
Juancarlosmarquez-gc@reignfi.com

Giorgio Johnson
8 The Green, Suite R
Dover, DE 19901
giorgio@reignfi.com

Gary Mills
8 The Green, Suite R
Dover, DE 19901
gmills@reignfi.com

Martin Karo
8 The Green, Suite R
Dover, DE 19901
martin.karo@verizon.net

      3.      I served the copies by Federal Express ("FedEx").

      4.      Additionally, BSF attorney Blake Goebel served copies of the Court's text Order upon the Defendants via email. All three individual Defendants confirmed receipt, including a representative of the corporate Defendant Reign Financial International ("Reign").

      5.      The FedEx website's tracking service confirms that the copies were delivered on February 8, 2024.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on February 13, 2024

                                                                                                    Alex Berman