AO 154 (10/03) Substitution of Attorney – Rev. Civil 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

PRIME CAPITAL VENTURES, LLC

    Plaintiff(s),

V.

REIGN FINANCIAL INTERNATIONAL, INC., ]

    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 1:23-CV-207-FJS-DJS

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, PRIME CAPITAL VENTURES, LLC (Party(s) Name) substitutes Klestadt Winters Jureller Southard & Stevens, LLP (Name of new attorney) as counsel of record in place of Girvin & Ferlazzo, P.C. (Name of Attorney(s) withdrawing appearance).

I consent to the above substitution.

Date: _____

Yann Geron, Chapter 11 Trustee of Prime Capital

Yann Geron  *Digitally signed by Yann Geron, Date: 2025.08.14 16:59:32 -04'00'*

Signature of Party(s)

I consent to being substituted.

Date: 8/15/2025

Girvin & Ferlazzo, P.C., by Daniel Rubin

Signature of Former Attorney(s)

I consent to the above substitution.

Date: 8/14/25

Klestadt Winters Jureller Southard & Stevens, LLP

Fred Stevens  *Digitally signed by Fred Stevens, Date: 2025.08.14 11:59:19 -04'00'*

Signature of New Attorney(s)

The substitution of attorney is hereby approved and SO ORDERED.

Date: Aug 19, 2025

_____
Judge